CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 2 8 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TIMOTHY R. MUELLER, | ) | Civil Action No. 7:10-cv-00239 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN M. JABE, | ) | By: Hon. Jackson L. Kiser |
|    Defendant. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for the appointment of counsel is **DENIED**; plaintiff's motion for class action certification is **DENIED**; plaintiff's motion to amend is **DENIED as moot**; and plaintiff's motion to change venue is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** This 28th day of September, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge